# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MISAEL AREIZAGA PEREZ,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No:   6:20-cv-580-Orl-22EJK**

**ORANGE AVE CONSULTANTS LLC,**

    **Defendant.**

---

## ORDER

This cause is before the Court on Plaintiff's Renewed Motion for Entry of Clerk's Default (Doc. 17) filed on November 18, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Court dismiss the action for failure to timely serve Defendant. (Doc. 19).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed November 19, 2020 (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Renewed Motion for Entry of Clerk's Default (Doc. 17) is hereby **DENIED**.

    3.    This action is **DISMISSED WITHOUT PREJUDICE** for failure to timely serve, pursuant to Rule 4(m); and

    4.    The Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2024.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties